1  STEPHANIE A. SHERIDAN (State Bar No. 135910)
   Email:  ssheridan@steptoe.com
2  Surya Kundu (State Bar No. 308099)
   Email: skundu@steptoe.com
3  STEPTOE & JOHNSON LLP
   One Market Street
4  Spear Tower, Suite 3900
   San Francisco, CA 94105
5  Telephone: 415.365.6700
   Facsimile: 415.365.6699
6
   Attorneys for Defendant
7  *MACYS.COM LLC*

8  THIAGO COELHO (State Bar No. 324715)
   Email: thiago@wilshirelawfirm.com
9  BINYAMIN I. MANOUCHERI (State Bar No. 336468)
   Email: binyamin@wilshirelawfirm.com
10 WILSHIRE LAW FIRM
   3055 Wilshire Blvd., 12th Floor
11 Los Angeles, CA  90010
   Telephone: 213.381.9988
12 Facsimile: 213.381.9989

13 Attorneys for Plaintiff
   *VIVIAN SALAZAR*

14
                    **UNITED STATES DISTRICT COURT**
15
              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
16

17 | VIVIAN SALAZAR, individually and | CASE NO. 2:21-cv-01675 |
   on behalf of all others similarly situated,
18                                     | **SECOND STIPULATION AND ORDER**
                                       | **TO EXTEND TIME TO RESPOND TO**
19         Plaintiff,                  | **THE COMPLAINT (L.R. 144)**

20     v.                              | Complaint served:  September 17, 2021
                                       | Current Response Date: November 5, 2021
21 MACYS.COM, LLC., an Ohio limited    | New Response Date: December 6, 2021
   liability company; and DOES 1 to 10,
22 inclusive,

23         Defendant.

24

25         TO THE CLERK OF THE ABOVE-ENTITLED COURT:

26         PLEASE TAKE NOTICE that, pursuant to Local Rule 144, Plaintiff Vivian Salazar

27 ("Plaintiff"), and Defendant Macys.com, LLC ("Defendant"), (collectively the "Parties"), by and

28 through their undersigned counsel, hereby stipulate as follows:

1    WHEREAS, Plaintiff filed her Complaint against Defendant on September 15, 2021

2    (ECF No. 1);

3    WHEREAS, Defendant was served with the Complaint on September 17, 2021 (ECF No.

4    3);

5    WHEREAS, on October 7, 2021, the Parties filed a joint stipulation extending

6    Defendant's deadline to respond to the Complaint by no more than 28 days, from October 8,

7    2021 to November 5, 2021 (ECF No. 5);

8    WHEREAS, the Parties are engaged in active discussions to resolve this matter outside of

9    Court;

10    WHEREAS, in furtherance of their good faith negotiations, on November 4, 2021,

11    counsel for Defendant, Surya Kundu at Steptoe & Johnson LLP ("Ms. Kundu"), met and

12    conferred with Plaintiff's counsel, Binyamin Manoucheri at Wilshire Law Firm, PLC ("Mr.

13    Manoucheri"), via telephone;

14    WHEREAS, in light of their progress towards resolution, Parties mutually agreed to an

15    extension of Defendant's time to respond to the Complaint by thirty days (30);

16    WHEREAS, Parties wish to avoid incurring additional litigation expenses or burdening

17    this Court's time and resources;

18    WHEREAS, Parties agree that the requested extension will facilitate their efforts to agree

19    upon a resolution followed by a voluntary dismissal of all claims asserted in this matter;

20    WHEREAS, the Parties do not make this request for purposes of unreasonable delay or

21    harassment, but rather to promote judicial and party efficiency;

22    WHEREAS, this is the second request for an extension of time to respond to the

23    Complaint by Defendant;

24    NOW, THEREFORE, BASED ON THE FOREGOING, THE PARTIES HEREBY

25    REQUEST THAT THE COURT ENTER AN ORDER AS FOLLOWS:

26    1.    The last day for Defendant to respond to the Complaint is extended from

27    November 5, 2021 to December 6, 2021.

28    **IT IS SO STIPULATED, AGREED, AND REQUESTED.**

1

2  Dated: November 4, 2021                    Respectfully submitted,

3

**WILSHIRE LAW FIRM**                    **STEPTOE & JOHNSON LLP**
4

5  By:  /s/ *Binyamin I. Manoucheri*        By*:  /s/ Surya Kundu*

6  Binyamin I. Manoucheri                    Surya Kundu
   3055 Wilshire Blvd., 12th Floor           Stephanie A. Sheridan
7  Los Angeles, CA  90010                    One Market Street
   Tel: (213) 381-9988                       Spear Tower, Suite 3900
8  Fax: (213) 381-9989                       San Francisco, CA 94105
   E-mail: Binyamin@wilshirelawfirm.com      Tel: 415.365.6700
9                                            Fax: 415.365.6699
                                             E-mail: skundu@steptoe.com
10 *Counsel for Plaintiff*                   E-mail: ssheridan@steptoe.com
   *Vivian Salazar*
11                                           *Counsel for Defendant*
                                             *Macys.com LLC*
12

13                      **SIGNATURE ATTESTATION**

14

15      Pursuant to Local Rule 131(e), the filer attests that all signatories

16 listed, and on whose behalf the filing is submitted, concur in the filing's content and have

17 authorized the filing.

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

On November 4, 2021, the Parties filed a stipulation to extend the deadline for Defendant Popeyes Louisiana Kitchen, Inc. ("Defendant") to respond to the Complaint. Good cause appearing, the Parties' stipulation is adopted.

IT IS HEREBY ORDERED THAT: The last day for Defendant to file a response to the Complaint is extended from November 5, 2021 until and including December 6, 2021.

DATED:  November 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Case No.: 2:21-cv-01675