STEPHANIE A. SHERIDAN (State Bar No. 135910)
Email:  ssheridan@steptoe.com
Surya Kundu (State Bar No. 308099)
Email: skundu@steptoe.com
STEPTOE & JOHNSON LLP
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: 415.365.6700
Facsimile: 415.365.6699

Attorneys for Defendant
*MACYS.COM LLC*

THIAGO COELHO (State Bar No. 324715)
Email: thiago@wilshirelawfirm.com
BINYAMIN I. MANOUCHERI (State Bar No. 336468)
Email: binyamin@wilshirelawfirm.com
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Telephone: 213.381.9988
Facsimile: 213.381.9989

Attorneys for Plaintiff
*VIVIAN SALAZAR*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACYS.COM, LLC., an Ohio limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendant. | CASE NO. 2:21-cv-01675<br><br>**THIRD STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT (L.R. 144)**<br><br>Complaint served:  September 17, 2021<br>Current Response Date: December 6, 2021<br>New Response Date: January 5, 2022 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to Local Rule 144, Plaintiff Vivian Salazar ("Plaintiff"), and Defendant Macys.com, LLC ("Defendant"), (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on September 15, 2021 (ECF No. 1);

WHEREAS, Defendant was served on September 17, 2021 (ECF No. 3);

WHEREAS, on October 7, 2021, the Parties filed a joint stipulation extending Defendant's deadline to respond to the Complaint to November 5, 2021 (ECF No. 5) and on

1  November 9, 2021 the Court entered an Order granting the Parties second stipulation to extend

2  the deadline to December 6, 2021 (ECF No. 6, 7);

3       WHEREAS, on or about November 12, 2021, after a series of good faith discussions,

4  Parties reached an agreement in principle to fully resolve all claims alleged in the Complaint;

5       WHEREAS, the Parties are in the process of finalizing the terms of a formal document

6  memorializing their agreement, and anticipate executing this document within the next two

7  weeks.  Shortly thereafter, Plaintiff will file a formal Request for Dismissal;

8       WHEREAS, in light of their successfully reaching an agreement to resolve this case, and

9  to finish and finalize their efforts, the Parties stipulate and request that the Court enter an order

10  extending Defendant's deadline to Respond by at least thirty (30) days to January 5, 2022.

11       WHEREAS, the Parties do not make this request for purposes of unreasonable delay or

12  harassment, but rather to promote judicial and party efficiency.  Parties agree that the requested

13  extension will promote judicial efficiency by allowing them to reach a resolution without taxing

14  this Court's resources or incurring additional costs and fees.

15       WHEREAS, this is the third request for an extension of time to respond to the Complaint;

16       NOW, THEREFORE, BASED ON THE FOREGOING, THE PARTIES STIPULATE

17  AND HEREBY REQUEST THAT THE COURT ENTER AN ORDER AS FOLLOWS:

18       1.     The last day for Defendant to file a response to the Complaint is extended from

19  December 6, 2021 until and including January 5, 2022.

20       **IT IS SO STIPULATED, AGREED, AND REQUESTED.**

21  Dated: December 6, 2021                    Respectfully submitted,

22  **WILSHIRE LAW FIRM**                     **STEPTOE & JOHNSON LLP**

23  By:_/s/ Binyamin I. Manoucheri_           By:_/s/ Surya Kundu_
    Binyamin I. Manoucheri                     Surya Kundu

24                                             Stephanie A. Sheridan
    *Counsel for Plaintiff, Vivian Salazar*    *Counsel for Defendant, Macys.com LLC*

25                     **SIGNATURE ATTESTATION**

26       Pursuant to Local Rule 131(e), the filer attests that all signatories

27  listed, and on whose behalf the filing is submitted, concur in the filing's content and have

28  authorized the filing.

1

**ORDER**

2      On December 6, 2021, the Parties filed a stipulation to extend the deadline for Defendant

3   Macys.com LLC ("Defendant") to respond to the Complaint. Good cause appearing, the Parties'

4   stipulation is adopted.

5      IT IS HEREBY ORDERED THAT: The last day for Defendant to file a response to the

6   Complaint is extended from December 6, 2021 to January 5, 2022.

7

8   DATED:  December 8, 2021.

9

10   _____

CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28