STEPHANIE A. SHERIDAN (State Bar No. 135910)
Email: ssheridan@steptoe.com
Surya Kundu (State Bar No. 308099)
Email: skundu@steptoe.com
STEPTOE & JOHNSON LLP
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: 415.365.6700
Facsimile: 415.365.6699

Attorneys for Defendant *MACYS.COM LLC*

THIAGO COELHO (State Bar No. 324715)
Email: thiago@wilshirelawfirm.com
BINYAMIN I. MANOUCHERI (State Bar No. 336468)
Email: binyamin@wilshirelawfirm.com
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Telephone: 213.381.9988
Facsimile: 213.381.9989

Attorneys for Plaintiff *VIVIAN SALAZAR*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACYS.COM, LLC., an Ohio limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendant. | CASE NO. 2:21-cv-01675 KJM AC<br><br>**FOURTH STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT (L.R. 144)**<br><br>Complaint served: September 17, 2021<br>Current Response Date: January 5, 2022<br>New Response Date: February 22, 2022 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to Local Rule 144, Plaintiff Vivian Salazar ("Plaintiff"), and Defendant Macys.com, LLC ("Defendant"), (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on September 15, 2021 (ECF No. 1);

WHEREAS, Defendant was served on September 17, 2021 (ECF No. 3);

WHEREAS, on December 6, 2021, the Parties filed a joint stipulation notifying the Court of their agreement in principle to fully resolve all claims and requested an extension of Defendant's deadline to respond to the Complaint to January 5, 2022 (ECF No. 8) and on December 9, 2021 the Court entered an Order granting the Parties' request. (ECF No. 9);

WHEREAS, the Parties are in the process of finalizing and executing the formal document memorializing their agreement, and shortly thereafter, Plaintiff will file a formal Request for Dismissal;

WHEREAS, the Parties have been diligently working towards the anticipated Dismissal but have had to accommodate each other's respective observation of the various end-of-year holidays, office closures, and previously scheduled end-of-year obligations.

WHEREAS, in light of their successfully efforts to resolve this matter, the Parties stipulate and request that the Court enter an order extending Defendant's deadline to Respond by at least forty-five (45) days to February 22, 2022[1].

WHEREAS, the Parties do not make this Request lightly or for the purpose of delay, but rather to promote judicial efficiency.  Parties request this additional time to complete formalizing their full and final resolution of this matter without taxing this Court's resources or incurring additional costs and fees.

WHEREAS, this is the fourth request for such an extension of time;

NOW, THEREFORE, BASED ON THE FOREGOING, THE PARTIES STIPULATE AND HEREBY REQUEST THAT THE COURT ENTER AN ORDER AS FOLLOWS:

1. The last day for Defendant to file a response to the Complaint is extended from January 5, 2022 until and including February 22, 2022.

**IT IS SO STIPULATED, AGREED, AND REQUESTED.**

Dated: January 4, 2022                                  Respectfully submitted,

**WILSHIRE LAW FIRM**                              **STEPTOE & JOHNSON LLP**
By: /s/ *Binyamin I. Manoucheri*                    By: /s/ *Surya Kundu*
Binyamin I. Manoucheri                                Surya Kundu
                                                      Stephanie A. Sheridan
*Counsel for Plaintiff, Vivian Salazar*             *Counsel for Defendant, Macys.com LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 131(e), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

---

[1] February 21, 2022 has been designated as a Court Holiday, in observance of George Washington's Birthday.

**ORDER**

On January 4, 2022, the Parties filed a stipulation to extend the deadline for Defendant Macys.com LLC ("Defendant") to respond to the Complaint. Good cause appearing, the Parties' stipulation is adopted. As this is the fourth stipulation to extend this deadline, the court notes that further extension will not be granted absent a clear showing of good cause.

IT IS HEREBY ORDERED THAT: The last day for Defendant to file a response to the Complaint is extended from January 5, 2022 until and including February 22, 2022.

DATED: January 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Case No.: 2:21-cv-01675